B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In re    Dawn Angelique Bailey-Bryd       ,         Case No.   11-85666-CRM

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dilks & Knopik, LLC | United Credit Recovery |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

   35308 SE Center Street
   Snoqualmie WA 98065

| | |
|---|---|
| Court Claim # (if known): | 5 |
| Amount of Claim: | $570.13 |
| Date Claim Filed: | 1/18/2012 |

Phone:    425-836-5728        Phone:   239-887-0343

Last Four Digits of Acct #: _____        Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:\_\_\_\_\_ /s/ Brian J Dilks - President _____     Date:\_\_\_ 12/22/2016 _____
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.